1006

[Nos. 12288–0–II; 13694–5–II. Division Two. September 5, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN ALLAN PEAK, *Appellant*.

*In the Matter of the Personal Restraint of* BRIAN ALLAN PEAK, *Petitioner*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 87–1–00318–6, David E. Foscue, J., entered September 26, 1988, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 9911–3–III. Division Three. September 6, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. YVONNE L. Ross, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 88–1–00029–8, Larry M. Kristianson, J., entered February 28, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.

[No. 24411–6–I. Division One. September 10, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. IVORY BERUBE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89–8–02427–8, Anthony P. Wartnik, J., entered June 8, 1989. *Dismissed* by unpublished per curiam opinion.